

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Mr. Julian Montgomery
State Highway Engineer
Austin, Texas

Dear Sir:

> Opinion No. 0-2069
> Re: Right of Highway Department
> to post certain signs on
> State highways.

In your letter of March 8, 1940, you make a request of this department for a ruling based upon certain facts, which are taken from your letter, as follows:

> "Just at this time, we are undertaking to speed-zone a 26-mile section of U. S. Highway 281 beginning three miles South of Johnson City to the Comal County line. This particular stretch of highway has been selected because 38 per cent of the accidents have been chargeable to a primary cause of 'Driving too Fast for Conditions.' Under this zoning, we propose to erect on restricted zones speed signs which will indicate 'Safe Speed - 35 Miles per Hour' in the day time and show '30 Miles per Hour' at night when reflectorized.

> "Also, we propose to erect certain signs on the highway which will show 'Safe Speed - 60 Miles per Hour' by day, and '50 Miles per Hour' by night through the medium of reflector buttons when the highway is safe for such speeds.

> \* \* \* \*

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Mr. Julian Montgomery - Page 2

"Will you please give us the benefit
of your opinion as to whether we can legal-
ly post 'Safe Speed' signs as proposed?"

The correct answer of your inquiry is contained
in Article 827a, Sections 8 and 11 of the Penal Code,
which provide:

"Sec. 8. It shall be unlawful for
any person to operate or drive any motor
or other vehicle upon the public highways
of Texas at a rate of speed in excess of
forty-five (45) miles an hour, or drive
or operate a motor or other vehicle with-
in the corporate limits of an incorporated
city or town, or within or through any
town or village not incorporated, at a
greater rate of speed than twenty (20)
miles per hour; provided, that it shall
be unlawful to operate upon said public
highways a commercial motor vehicle as de-
fined in this Act of either a registered
or actual gross weight of six thousand
(6,000) pounds or less at a rate of speed
in excess of forty (40) miles per hour,or
such vehicle of either a registered or
actual gross weight of over six thousand
(6,000) pounds, at a rate of speed in ex-
cess of twenty-five (25) miles per hour,
or within the corporate limits of any in-
corporated city or town or within or
through any town or village not incorporat-
ed at a rate of speed in excess of eighteen
(18) miles per hour. Provided further,that
it shall be unlawful to operate any motor
vehicle engaged in this State in the busi-
ness of transporting passengers for compen-
sation or hire on any highway, road or
thoroughfare not privately owned between
cities, towns and villages at a rate of
speed in excess of forty (40) miles per
hour."

"Sec. 11. The Department is hereby
authorized to classify, designate and

mark both intrastate and interstate State
Highways lying within the boundaries of
this State and to provide a uniform sys-
tem of marking and signing such highways
under the jurisdiction of this State, and
such system of marking and signing shall
correlate with and so far as possible con-
form to the system adopted in other states."

Under these Sections of the Article we think
the State Highway Department would be authorized to
post the markers referred to in paragraph "1" of your
letter, and as to such markers our answer to you is
yes.

As to the markers referred to in the second
paragraph of your letter, you are advised that it is
our opinion that the State Highway Department is with-
out authority to post such signs. The two Sections of
Article 827a must be construed together and harmonize
if possible. Sec. 8 of this Act expressly limits the
speed of motor vehicles on the public highways of this
State to 45 miles per hour, and other sections of the
Act make all violations of this provision a penal of-
fense and fix a penalty for the violation of the same.

The marker "SAFE SPEED 60 MILES BY DAY", and the
marker "SAFE SPEED 50 MILES BY NIGHT" would surely be
an open invitation to the general public operating
motor vehicles on State highways so marked to violate
the plain provisions of Section 8 of the Act, and cer-
tainly was not contemplated by the Legislature when it
enacted Sec. 11 of the same Act. Regardless of what
may be the private opinion of the various officials of
this State with reference to the rate of speed with
which motor cars may be operated upon the public high-
ways of this State, the power to change such rate of
speed remains with the Legislature, and as long as the
statute remains unchanged the State Highway Department
would not be authorized, under Sec. 11 of the Act, to
post signs for a safe speed in excess of 45 miles per

hour.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Grover Sellers*
Grover Sellers
Assistant

GS-MR

APPROVED MAR 23, 1940

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN